No. 66284.—American Machine & Foundry Co. et al. *v.* United States, protests 59/21473–S, etc. (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.

No. 66285.—Amicale Yarns, Inc. *v.* United States, protests 264440–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon spun yarn similar in use to silk threads or yarns and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.

DECEMBER 11, 1961

No. 66286.—Favrot & Pierson *v.* United States, protest 60/19279–16085.— Motion of Government for rehearing granted.